TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00847-CV

Hubert Earl Teague, Jr., Appellant

v.

Holiday Inn Express and Mark Pavlicek, Former General Manager of

Holiday Inn Express, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 99-00216, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 Because there is no final judgment from the trial court in this matter we will
dismiss the appeal for want of jurisdiction. See Tex. R. App. P. 42.3(a).

 Appellant submitted his Notice of Appeal to the trial court on October 26, 1999. 
By letter dated December 20, 1999, this court notified all parties that it did not appear that a final
judgment existed in this matter, and that appellant was requested to obtain a final judgment from
the trial court and submit same to this office by January 10, 2000. Thus far appellant has failed
to respond.

 Accordingly, we dismiss this appeal for want of jurisdiction on our own motion.

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed for Want of Jurisdiction

Filed: February 3, 2000

Do Not Publish